# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LOPEZ,<br><br>               Petitioner,<br><br>v.<br><br>CYNTHIA Y. TAMPKINS, Warden,<br><br>               Respondent. | Case No. SACV 17-01726 JAK (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.

     IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) Petitioner's motion to stay is denied; and (3) Judgment shall be entered denying the Petition and dismissing the action without prejudice.

Dated: November 7, 2018

                                                     _____
                                                        JOHN A. KRONSTADT
                                               UNITED STATES DISTRICT JUDGE