# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LOPEX, | Case No. SACV 17-01726 JAK (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CYNTHIA Y. TAMPKINS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

Dated: November 7, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE